IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| W. P. HICKMAN COMPANY, | ) | |
| Plaintiff | ) ) ) | |
| V | ) ) | 1:07 CV 267 |
| W. P. HICKMAN SYSTEMS, INC., | ) ) | |
| Defendant | ) ) | |

# ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* (#5) of Steven B. Silverman of the law firm of Tucker Arensberg, P.C., One PPG Place, Pittsburgh, PA 15222, (412)566-1212 to appear as counsel for the defendant in this matter filed on September 5, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Steven B. Silverman is hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: September 8, 2007

Dennis L. Howell
United States Magistrate Judge