# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:07cv267

| | |
|---|---|
| W. P. HICKMAN COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| W. P. HICKMAN SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court sua sponte for an order removing this action as a statistically pending matter due to the pending bankruptcy of the defendant W. P. Hickman Systems, Inc.

## ORDER

**IT IS,** THEREFORE**, ORDERED** that the Clerk of Court is directed to remove this action as a statistically pending matter as outlined in Volume XI, Chapter V of the Guide to Judiciary Policies and Procedures.

Signed: February 13, 2009

_____
Dennis L. Howell
United States Magistrate Judge